# EXHIBIT 3

Gary D. Sharp (SBN 116216)
gsharp@foleymansfield.com
T. Eric Sun (SBN 187486)
esun@foleymansfield.com
Andrew L. Sharp (SBN 292541)
asharp@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
2185 North California Blvd., Suite 575
Walnut Creek, CA  94596
Telephone:   (510) 590-9500
Facsimile:    (510) 590-9595

Attorneys for Defendant
**CROSBY VALVE, LLC**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DENNIS HALE and LORA HALE, <br> Plaintiffs, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORP., individually and as successor-in-interest to Buffalo Pumps, Inc.; ALFA LAVAL INC., f/k/a The DeLaval Separator Company; ARMSTRONG INTERNATIONAL, INC.; BW/IP, INC.; CBS CORPORATION, a Delaware Corporation, f/k/a Viacom Inc., Successor by Merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation; CLARK-RELIANCE CORPORATION, as successor-in-interest to Jerguson Gauge and Valve; CRANE CO., individually and as successor-in-interest to Stockham Valves & Fittings Company, Chapman Valve Mfg. Co. and Alloy Steel Products Co.; CROSBY VALVE, INC.; CUMMINS INC.; ELLIOT COMPANY; FLOWSERVE US, Inc., as successor-in-interest to Durametallic Corporation; FLOWSERVE US, INC., as successor-in-interest to Edward Vogt Valve Co., Vogt Valve Company, Edward Valves, Inc., Nordstrom Audco, Inc., Nordstrom Valves, Inc., Rockwell Manufacturing Co.; FMC CORPORATION, individually and as successor-in-interest to Peerless Pump, Turbo Pump Operation, and Chicago Pump; | Case No:  CGC-21-276981 <br><br> **NOTICE BY DEFENDANT CROSBY VALVE, LLC TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1442(A)(1) (FEDERAL OFFICER)** <br><br> Case Filed:      November 15, 2021 <br> Trial Date:       N/A |

1

FOSTER WHEELER LLC. f/k/a Foster Wheeler USA Corporation; GARDNER DENVER, INC., individually and as successor-in-interest to Joy Manufacturing Co.; GENERAL ELECTRIC COMPANY; IMO INDUSTRIES INC.; ITT LLC, f/k/a ITT, INC., f/k/a ITT CORPORATION, individually and as successor-in-interest to Bell & Gossett, Kennedy Valve Manufacturing Co., McDonnell & Miller, Fabri-Valve, Hoffman Specialty Manufacturing Co.; JOHN-CRANE, INC., individually and as successor-in-interest to CRANE PACKING COMPANY; KAISER GYPSUM COMPANY, INC.; MUELLER STEAM SPECIALTY; NAVISTAR,.INC.; PACCAR, INC.; PARKER HANNIFIN CORPORATION, individually and as successor-in interest to Sacomo-Sierra, Parker Seal Company; and Rockwell Mechanical Packing; SERVICE ENGINEERING CO.; STERLING FLUID SYSTEMS (USA) LLC, dba and individually and as successor-in-interest to PEERLESS PUMP COMPANY and INDIAN HEAD, INC.; THE GOODYEAR TIRE & RUBBER COMPANY; THE WILLIAM POWELL COMPANY; TRIPLE A MACHINE SHOP, INC.; VELAN VALVE CORP.; VIKING PUMP, INC.; VOLVO TRUCKS NORTH AMERICA, INC.; WARREN PUMPS LLC, individually and as successor-in-interest to WARREN PUMPS, INC.; WEIR VALVES & CONTROLS USA, INC. f/k/a ATWOOD & MORRILL; WELCO MANUFACTURING COMPANY; and DOES 1-500;

Defendants.

TO PLAINTIFFS, CO-DEFENDANTS AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant CROSBY VALVE, LLC hereby files this Notice to Adverse Party of Removal to Federal Court.

Pursuant to federal statute and the Federal Rules of Civil Procedure, Defendant has filed with the Clerk of the United States District Court for the Central District of California, Notice of Removal of Action Pursuant to 28 U.S.C. § 1442(a)(1), a copy of which is attached hereto as Exhibit A, and that this action is removed to the United States District Court as of April 14, 2021.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This Court is respectfully requested to proceed no further in this action unless and until such me as this action may be remanded by order of the United States District Court. (See 28 U.S.C. § 1446(d).)


DATED:                              **FOLEY & MANSFIELD, PLLP**


                             By: _____
                                    Gary D. Sharp, Esq.
                                    T. Eric Sun, Esq.
                                    Andrew L. Sharp, Esq.
                                    Attorneys for Defendant
                                    **CROSBY VALVE, LLC**

NOTICE BY DEFENDANT CROSBY VALVE, LLC TO ADVERSE PARTY OF REMOVAL TO FEDERAL
COURT PURSUANT TO 28 U.S.C. § 1442(A)(1) (FEDERAL OFFICER)